UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-97-RE |
| v. | INDICTMENT |
| BRANDON LEONARD MAYNARD, and BROOKE ASHLEY SNYDER, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 853 |
| Defendants. | UNDER SEAL |

THE GRAND JURY CHARGES:

Count 1:
[Distribution of MDMA]

On or about August 3, 2010, in the District of Oregon, **BRANDON LEONARD MAYNARD** and **BROOKE ASHLEY SNYDER**, defendants herein, did knowingly and intentionally distribute 3,4 - methylenedioxymethamphetamine hydrochloride (MDMA HCl), a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 2:
### [Distribution of MDMA]

On or about July 15, 2010, in the District of Oregon, **BRANDON LEONARD MAYNARD** and **BROOKE ASHLEY SNYDER**, defendants herein, did knowingly and intentionally distribute 3,4 - methylenedioxymethamphetamine hydrochloride (MDMA HCl), a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above, **BRANDON LEONARD MAYNARD** and **BROOKE ASHLEY SNYDER**, defendants herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
DWIGHT C. HOLTON, OSB # 09054
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 2     Indictment