Priscilla L. Seaborg
Attorney at Law
1906 SW Madison Street
Portland, OR 97205
(503) 417-7744
plslaw@qwest.net

Attorney for Defendant
Brandon Leonard Maynard

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR 11-97-1-RE |
| | ) | |
| v. | ) | MOTION FOR ORDER TO SUPPRESS |
| | ) | EVIDENCE AND STATEMENTS |
| BRANDON LEONARD MAYNARD, | ) | |
| | ) | HEARING REQUESTED |
| Defendant. | ) | |

COMES NOW, Defendant, Brandon Maynard, by and through his attorney, Priscilla L. Seaborg, and moves the Court for an order to suppress evidence and statements as outlined in the supporting memorandum.

DATED this 25th day of August 2011.

/s/ Priscilla L. Seaborg
Priscilla L. Seaborg, OSB No. 90117
Attorney for Brandon Maynard

Page 1   Motion for Order to Suppress Evidence and Statements
*Priscilla L. Seaborg □ Attorney at Law*
*1906 SW Madison Street, Portland, Oregon 97205*
*Telephone (503) 417-7744 □ Facsimile (503) 221-1908*